```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :    96 Cr. 1098 (JSR)
                                    :
            -v-                     :    ORDER
                                    :
ANDREW RAMSAY,                      :
                                    :
            Defendant.              :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On February 11, 2013, defendant Andrew Ramsay filed a submission styled as a "Request for an Evidentiary Hearing Pursuant to Lafler." The Court hereby construes Ramsay's submission as a motion seeking relief under 28 U.S.C. § 2255 and denies it, for substantially the reasons stated in the Government's letter brief dated March 7, 2013.

SO ORDERED.

Dated: New York, NY
March 14, 2013

JED S. RAKOFF, U.S.D.J.

1