UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
UNITED STATES OF AMERICA,          :
                                   :
          v.                       :          96-cr-1098 (JSR)
                                   :
ANDREW RAMSAY,                     :
                                   :
              Defendant.           :          ORDER
---------------------------------- x

JED S. RAKOFF, U.S.D.J.

     The representation of the defendant in the above-captioned

matter is assigned to the C.J.A. Attorney on duty June 25, 2020,

Kenneth Montgomery, for the purpose of supplementing, if deemed

necessary, the pro se motion received by the Court on June 23,

2020, see ECF No. 59.

     SO ORDERED.

Dated:    New York, NY
          June 25, 2020                JED S. RAKOFF, U.S.D.J.

-1-