# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
## 198 ROGERS AVENUE
## BROOKLYN, NEW YORK 11225
## PH (718) 403-9261 FAX (347) 402-7103
## ken@kjmontgomerylaw.com

October 20, 2020

<u>Via ECF</u>
The Honorable Jed S. Rakoff
United States District Judge
500 Pearl Street
New York, New York 10007

                **RE: United States v. Andrew Ramsay**
                **Criminal Docket 96 CR 1098 (JSR)**

Dear Judge Rakoff:

    Enclosed please find a mitigation report detailing my client's social history and life narrative as well as additional documents from the bureau of prison concerning Mr. Ramsay's incarceration in the bureau of prisons.

Thank you for your time and consideration in this matter.

                                                                Respectfully,
                                                                *Kenneth J. Montgomery*
                                                                s/
                                                                Kenneth J. Montgomery